IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01931-WYD-BNB

ANNE DAUGHERTY and
BRIAN DAUGHERTY,

Plaintiff,

v.

MARY ELIZABETH BISSELL, M.D.

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

  This matter is before the Court on the **Plaintiffs' Motion to Vacate and Re-set Rule 16(b) Scheduling Conference and to Extend Deadlines Accordingly** [docket no. 11, filed November 28, 2008] (the "Motion").

  IT IS ORDERED that the Motion is GRANTED and the Scheduling Conference set for December 19, 2008, is **vacated and reset to February 27, 2009, at 8:30 a.m.,** in Courtroom A-401, Fourth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294. The proposed Scheduling Order, submitted pursuant to District of Colorado ECF Procedures V.L.1.b., is due on or before **February 20, 2009**. Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification. See D.C.COLO.LCivR 83.2B.

DATED: December 1, 2008