IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action No.   08-cv-01931-WYD-BNB | Date: October 23, 2009 |
| Courtroom Deputy: Geneva D. Mattei | FTR BNB COURTROOM A-401 |

| | |
|---|---|
| ANNE DAUGHERTY, and BRIAN DAUGHERTY | Paul Mahoney |
| Plaintiff(s), | |
| v. | |
| MARY ELIZABETH BISSELL, M.D. | Douglas Best |
| Defendant(s). | |

## COURTROOM MINUTES

**HEARING: MOTIONS**

Court in Session:   9:59 a.m.

Appearance of counsel.

Court's opening remarks.

Argument presented.

**ORDERED:** **Unopposed motion for reconsideration or order denying unopposed motion to modify scheduling order [doc. #34; filed 9/10/09] is granted as stated on the record.  The scheduling order is modified as follows:**
**Deadline to move to join non-designated parties: November 2, 2009**
**Discovery cut-off:  July 23, 2010**
**Dispositive motion deadline: July 23, 2010**
**The parties shall designate all experts on or before: April 16, 2010**
**The parties shall designate all rebuttal experts on or before: May 28, 2010**

**ORDERED:** The deadline to designate non-parties at fault is extended, and the Clerk of the Court is directed to accept for filing the Defendant's Designation of Non-Parties.

**ORDERED:** **The Final Pretrial Conference is reset to August 23, 2010 at 8:30 a.m. The proposed final pretrial order shall be submitted on or before August 16, 2010.**

Court in Recess        10:19 a.m.        Hearing concluded.    Total time in Court:    00:20

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.