IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 08-cv-01931-WYD-BNB

ANNE DAUGHERTY and
BRIAN DAUGHERTY,

Plaintiff,

v.

MARY ELIZABETH BISSELL, M.D.

Defendant.
_____

**ORDER**
_____

This matter arises on the defendant's **Unopposed Motion for Reconsideration of Order Denying Unopposed Motion to Modify Scheduling Order** [Doc. # 34, filed 9/10/2009] (the "Motion to Reconsider"). I held a hearing on the Motion to Reconsider this morning and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion to Reconsider [Doc. # 34] is GRANTED.

IT IS FURTHER ORDERED that the deadline to designate non-parties at fault is extended, and the Clerk of the Court is directed to accept for filing Defendant's Designation of Non-Parties [Doc. # 31].

IT IS FURTHER ORDERED that the case schedule is modified to the following extent:

| | |
|---|---|
| Deadline to move to amend the complaint to join the designated non-parties at fault: | **November 2, 2009** |
| Discovery cut-off: | **July 23, 2010** |
| Dispositive Motion Deadline: | **July 23, 2010** |

Expert Disclosures:

    (a)    The parties shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **April 16, 2010**

    (b)    The parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **May 28, 2010**

Final Pretrial Conference: The final pretrial conference set for February 9, 2010, at 10:00 a.m., is VACATED and RESET to **August 23, 2010, at 8:30 a.m.** A Final Pretrial Order shall be prepared by the parties and submitted to the court no later than **August 16, 2010**.

Dated October 23, 2009.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge