IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01931-WYD-BNB

ANNE DAUGHERTY and
BRIAN DAUGHERTY,

Plaintiff,

v.

MARY ELIZABETH BISSELL, M.D.

Defendant.

---

## MINUTE ORDER

---

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

    This matter is before the Court on the **Plaintiffs' Unopposed Motion to Amend Complaint and Join Additional Defendants** [docket no. 41, filed November 2, 2009] (the "Motion").

    IT IS ORDERED that the Motion is GRANTED and the Amended Complaint is accepted for filing.

DATED:  November 3, 2009