IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action No. 08-cv-01931-WYD-BNB | Date: April 23, 2010 |
| Courtroom Deputy: Kathleen Finney | FTR BNB COURTROOM A-401 |

| | |
|---|---|
| ANNE DAUGHERTY, and<br>BRIAN DAUGHERTY, | Paul M. Mahoney |
| Plaintiffs, | |
| v. | |
| MARY ELIZABETH BISSELL, M.D.,<br>NORTHERN COLORADO CYTOLOGY<br>  SERVICE, INC.,<br>NORTHERN COLORADO CYTOLOGY<br>  SERVICE, LLC.,<br>K. CONWELL, C.T., | Douglas E. Best<br>Michael W. Jones<br>Leslie Miller |
| SUMMIT PATHOLOGY,<br>SUMMIT PATHOLOGY LABORATORIES, INC.,<br>GREELEY PATHOLOGIST, LLP., and<br>WESTERN STATES PATHOLOGY, INC., | Lisanne N. Leasure |
| Defendants. | |

## COURTROOM MINUTES

**HEARING: MOTION**

Court in session: 8:33 a.m.

Appearances of counsel.

Court's opening remarks.

Argument presented.

**ORDERED:** **Unopposed Motion to Modify Scheduling Order [Doc. No. 75, filed 4/12/2010] is GRANTED in part, DENIED in part.**

**STATUS CONFERENCE is set for JUNE 18, 2010 at 8:30 a.m.**

**On or before JUNE 16, 2010, parties shall file their proposed pretrial deadlines in the form of a status report or an amendment to the scheduling order.**

Court in Recess 8:47 a.m.     Hearing concluded.    Total time in Court: 00:14

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.