IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 08-cv-01931-WYD-BNB

ANNE DAUGHERTY and
BRIAN DAUGHERTY,

Plaintiff,

v.

MARY ELIZABETH BISSELL, M.D.
NORTHERN COLORADO CYTOLOGY SERVICE, INC.,
NORTHERN COLORADO CYTOLOGY SERVICE, LLC.,
K. CONWELL, C.T.,
SUMMIT PATHOLOGY,
SUMMIT PATHOLOGY LABORATORIES, INC.,
GREELEY PATHOLOGIST, LLP., and
WESTERN STATES PATHOLOGY, INC.,

Defendants.

_____

**ORDER**
_____

This matter arises on the **Unopposed Motion to Modify Scheduling Order** [Doc. # 75, filed 4/12/2010] (the "Motion"). The Motion seeks to modify the case schedule in view of additional defendants joined or to be joined in the suit, and it seeks to stay the designation of expert witnesses pending the determination of motions to dismiss. I held a hearing on the Motion this morning and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion is GRANTED IN PART and DENIED IN PART as follows:

GRANTED insofar as the parties seek to modify the schedule to accommodate new parties. The existing expert disclosure deadlines are VACATED. A status/supplemental scheduling conference is set for **June 18, 2010, at 8:30 a.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. The parties shall submit a proposed revised scheduling order on or before **June 16, 2010**, addressing all pretrial scheduling and discovery matters which they believe should be revised in view of the changes in the case; and

DENIED insofar as it seeks an indefinite stay of expert designations pending a ruling on motions to dismiss.

Dated April 23, 2010.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge