IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 08-cv-01931-WYD-BNB

ANNE DAUGHERTY; and
BRIAN DAUGHERTY,

Plaintiffs,

v.

MARY ELIZABETH BISSELL, M.D., et al.,

Defendants.

## ORDER OF DISMISSAL

THIS MATTER is before the Court on the parties' Stipulation for Dismissal without Prejudice (filed May 24, 2010). After a careful review of the Stipulation and the file, I conclude that the Stipulation should be approved and the case dismissed. Accordingly, it is

ORDERED that the Stipulation for Dismissal without Prejudice is **APPROVED** and this matter is **DISMISSED WITHOUT PREJUDICE** pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to pay his, her or its own costs and attorney fees and costs.

Dated: May 25, 2010

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge

-1-